## BEAVER v. HAMPTON

No. 242PA92

Case below: 106 N.C.App. 172

Petition by unnamed defendant (Nationwide) for discretionary review pursuant to G.S. 7A-31 allowed 18 November 1992.

## BROOKS v. GIESEY

No. 302A92

Case below: 106 N.C.App. 586

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16 as to additional issues denied 18 November 1992. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 18 November 1992.

## CANADY v. MANN

No. 349PA92

Case below: 107 N.C.App. 252

Petition by defendants (Brinn and Carolina Lakes Corporation) for discretionary review pursuant to G.S. 7A-31 allowed 18 November 1992.

## CARPENTER v. N.C. DEPT. OF HUMAN RESOURCES

No. 343PA92

Case below: 107 N.C.App. 278

Petition by defendant for writ of supersedeas allowed 18 November 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 18 November 1992.

## CARSON v. TOWNSEND

No. 220P92

Case below: 106 N.C.App. 231

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.